IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO, *et al.*, | § § § § § | No. 75, 2025 |
| | § | Court Below — Court of Chancery |
| Plaintiffs Below, | § | of the State of Delaware |
| Appellants, | § | |
| | § | C.A. No. 2023-1139 |
| v. | § | |
| | § | |
| MIKKEL SWANE, *et al.*, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: September 10, 2025
Decided: September 24, 2025

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## **ORDER**

This 24th day of September 2025, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated by the court in its January 22, 2025 bench ruling and Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice